UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. DOVE, :
    Petitioner :
                                 CIVIL ACTION NO. 3:12-1517
v. :
                                  (Judge Mannion)
YORK COUNTY, PA :
PA STATE ATTORNEY GENERAL,
                             :
    Respondents
                             :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

                                 s/ *Malachy E. Mannion*
                              **MALACHY E. MANNION**
                              **United States District Judge**

**Dated: November 15 , 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1517-01-ORDER.wpd

1